Caton Owners, LLC, Respondent, 
against
Avril Lyttle, Appellant.




Avril Lyttle, appellant pro se.
Gutman, Mintz, Baker & Sonnenfeldt, P.C. (Arianna Gonzalez-Abreu, Esq.), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Jean T. Schneider, J.), entered July 3, 2014. The order denied tenant's motion to stay the execution of a warrant in a holdover summary proceeding.




ORDERED that the order is reversed, without costs, and tenant's motion to stay the execution of the warrant is granted and execution of the warrant is permanently stayed.
In view of all the circumstances presented on this appeal in this chronic-nonpayment holdover proceeding, including the fact that the 32-year tenant is a senior citizen of low income, whose defaults under the stipulation were not willful but due to several deaths in her family, and the fact that tenant has made provision for the timely payment of her rent going forward and is current in her rent, we exercise our discretion and grant so much of tenant's motion as sought to stay the execution of the warrant (see e.g. 2246 Holding Corp. v Nolasco, 52 AD3d 377 [2008]; Sirul Realty Corp. v Silverstein, 35 Misc 3d 129[A], 2012 NY Slip Op 50633[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2012]).
Accordingly, the order is reversed and tenant's motion to stay the execution of the warrant is granted.
PESCE, P.J., ALIOTTA and ELLIOT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 18, 2017